JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/9/77 | 1 | MOTION, BRIEF, CERTIFICATE OF SERVICE, EXHIBITS A,B,C,D,E,F,G,H. Several DEFENDANTS (Leviton Manufacturing Co., Inc., Jack Amsterdam, Thomas A. Blumberg, Eagle Electric Manufacturing Co., Inc., Samuel Kluger, Jerrold Ludwig, Slater Electric Co., Inc., Herbert Slater, Circle F Industries, Inc., Edward Ring, Michael St. John, Bell Electric Co., Inc., Square D. Company, Triboro Electric Corp., Harold Yarmark, George P. Byrne, Inc., George P. Byrne, Jirann, Inc., Rodale Mfg. Co., Inc., John I Paulding, Inc., Harry L. Stillman, and James P. Buckley) SUGGESTED TRANSFEREE DISTRICT: Southern District of New York (rew) |
| 12/21/77 | 2 | RESPONSE -- GOLD SEAL ELECTRIC SUPPLY CO. w/cert. of service (rew) |
| 12/21/77 | 3 | AMENDMENT TO MOTION -- Adding B-1 through B-5 -- Movants -- w/cert. of service, EXHIBITS 1A through 1E |
| 12/22/77 | | APPEARANCES -- PETER D. STANDISH, ESQ. for Jack Anderson, Thomas A. Blumberg and Leviton Mfg. Co. |
| | | HOWARD W. FOGT, JR., ESQ. for Bell Electric & Square D. |
| | | JOHN A. SULLIVAN for GEORGE P. Byrne, George P. Byrne, Inc. |
| | | SIDNEY S. ROSDEITCHER, ESQ. for Circle F. Industries, Inc. and Michael St. John |
| | | GILBERT S. EDELSON, ESQ. for Eagle Electric Mfg. Co., Inc. |
| | | EDWIN P. ROME, ESQ. for Robert L. Horstman |
| | | JOSEF JAFFE, ESQ. for Jirann, Inc. |
| | | LAURENCE T. SORKIN, ESQ. for John I. Paulding, Inc. |
| | | MICHAEL B. MAUKASEY, ESQ. for Jerrold Ludwig |
| | | LEON SILVERMAN, ESQ. for Edward A. Ring |
| | | LAURENCE GREENWALD, ESQ. for Slater Electric, Inc. |
| | | FRANKLIN B. VELIE, ESQ. for Herbert Slater |
| | | BERNARD M. EIBER, ESQ. for Teiboro Electric Corp. |
| | | ANTON R. VALUKAS, ESQ. for Harry L. Stillman |
| | | STANLEY M. GROSSMAN, ESQ. for Big D. Building Supply Corp. |
| | | ROBERT N. KAPLAN, ESQ. for Dunhill Mg. and Distr. Corp. |
| | | BENEDICT WOLF, ESQ. for John H. Dubin and Compace corp. |
| | | MITCHELL A. KRAMER, ESQ. for Gold Seal |
| 12/23/77 | 4 | RESPONSE -- PLAINTIFFS JOHN H. DUBIN AND COMSPACE CORP. w/Brief and Certificate of Service |
| 12/23/77 | 5 | RESPONSE -- PLAINTIFF VALLESE ELECTRIC SUPPLY -- w/cert. of service |
| 12/27/77 | | APPEARANCE -- Arnold Levin, Esq. for Pyramid Electric Supply Co., Inc. |
| | | GORDON B. SPIVACK, ESQ. for James B. Buckley |
| 12/29/77 | | HEARING ORDER -- Setting A-1 through A-8 for hearing, Jan. 27, 1978 Miami, Florida |
| 12/29/77 | | AMENDMENT TO HEARING ORDER -- Setting B-1 through B-5 for hearing Jan 27, 1978, Miami, Florida |

JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 2

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/29/77 | | LETTER -- Re: Wiring Device Association -- Not presently in existence |
| 12/29/77 | | APPEARANCE -- Paul J. Curran, Esq. for Samuel B. Klugger |
| 12/30/77 | 6a | RESPONSE -- Supplemental -- PYRAMID ELECTRIC SUPPLY CO. w/cert. of service |
| 12/23/77 | 6 | RESPONSE -- PYRAMID ELECTRIC SUPPLY CO. w/cert. of service (cds) |
| 1/3/78 | 7 | REPLY BRIEF -- MOVING PARTIES -- w/ cert. of service (cds) |
| 1/5/78 | | APPEARANCE -- Bernard Eiber, Esquire for Waterbury Products Corp. and Mohawk Devices, Inc. |
| 1/5/78 | | APPEARANCE -- Bernard M. Gross, Esquire for Rose Electric Supply Co. |
| 1/12/78 | 8 | SUPPLEMENTAL RESPONSE -- Vallese Electric Supply Co., et al. -- w/cert. of service (cds) |
| 1/16/78 | | APPEARANCE -- Bruce K. Cohen, Esq. for CBC Industries, Inc. (rew) |
| 1/16/78 | 9 | RESPONSE -- STATEMENT OF PLAINTIFFS (C-1) Mayers Electric Co. and (C-2) Efengee Electrical Supply Co. -- adopting response No. 6 (rew) |
| 1/17/78 | | AMENDMENT TO HEARING ORDER -- Setting C-1 And C-2 for hearing in Miami, Florida on January 27, 1978. (ea) |
| 1/27/78 | 10 | RESPONSE -- Plaintiff General Supplies, Inc. filed in open court. at hearing held on 1/27/78 in Miami, Fla. to add case - C-3 General Supplies, Inc. v. Leviton Manufacturing Co., Inc., et al., D.S.C, C.A. No. 78-0026. (ea) |
| 2/15/78 | 11 | SUPPLEMENTAL RESPONSE -- MOVING PARTIES (Defendants) w/cert. of service |
| 2/17/78 | | OPINION AND ORDER -- Transferring A-1, A-2, A-3, A-4, A-6, A-7 and A-8, B-1 through B-5, C-1 through C-3 to the E.D. of New York and assigned to Honorable Jack B. Weinstein pursuant to Section 1407 for coordinated or consolidated pretrial proceedings -- Notified involved counsel, judges, etc. (cds) |
| 2/17/78 | | CONSENT OF TRANSFEREE COURT -- For the Honorable Jack B. Weinstein of the E.D. of New York to handle pretrial proceedings under Section 1407 (cds) |
| 2/24/78 | | D-1 Savitzky Supply Corp., et al. v. Leviton Manufacturing Co., Inc., et al., D. Conn., #H78-39, -- CTO FILED TODAY -- Notified involved judges and counsel (cds) |
| 3/13/78 | | D-2 Snyder Manufacturing Co., Inc. v. Leviton Manufacturing Co., et al., N.D. Ill., C.A.#78C684; |
| | | D-3 Scranton Electric Supply Co. v. Leviton Manufacturing Co., et al., E.D. PA, C.A.#78-452 |
| | | D-4 E-J Electric Installation Co. v. Leviton Manufacturing Co., et al., D. Conn. C.A.#H-78-42 |
| | | D-5 Emeco, Inc. v. Leviton Manufacturing Co., Inc., et al. N.D. IN, C.A. # S-78-0046 |
| | | CTO FILED TODAY. Notified involved counsel and judges. (emh) |
| 3/14/78 | | D-1 Savitzky Supply Corp., et al. v. Leviton Mfg. Co., Inc., et al., D. Conn., C.A. No. H78-39 -- CTO FINAL TODAY -- Notified clerks and judges (cds) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. 3

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/27/78 | | D-6 Indecor, Inc. v. Leviton Mfg. Co., Inc., et al., D.Conn., #H-78-95, |
| | | D-7 TFI Bldg. Materials, Inc., et al. v. Leviton Mfg. Co., Inc., et al., C.D. California, #78-0949-LTL |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel & judges(cds) |
| 3/29/78 | | D-8 Emeco, Inc. v. Leviton Manufacturing Co., et al., N.D. Indiana, Civil Action No. S78-0059 |
| | | CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 3/30/78 | | D-2 Snyder Mfg. v. Leviton Mfg. Co., N.D. Illinois, #78C684 |
| | | D-3 Scranton Elec. Supply Co v. Leviton Mfg. Co., E.D. Pa., #78-452 |
| | | D-4 E-J Electric Installation Co. v. Leviton Mfg. Co., D.Conn.,#H78-42 |
| | | D-5 Emeco, Inc. v. Leviton Mfg. Co., Inc., et al., N.D. Ind., S78-0046 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified Clerks & Judges(cds) |
| ~~3/31/78~~ | | ~~HEARING APPEARANCE -- HARRY A. WOODS, JR., ESQ. for xx~~ |
| 4/12/78 | | D-6 Indecor, Inc. v. Leviton Mfg. Co., Inc., et al., D. Conn.#H-78-95 |
| | | D-7 TFI Bldg. Materials, Inc., et al. v. Leviton Mfg.Co., Inc. et al., C.D. California, #78-0949-LTL |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks & Judges. (emh) |
| 4/14/78 | | D-8 Emeco, Inc. v. Leviton Manufacturing Co., et al., N.D.IND., C.A.#.S78-0059 |
| | | CTO FINAL TODAY. Notified involved clerks and judges. (ea) |
| 5/23/78 | | D-9 State of Illinois v. Leviton Mfg. Co., Inc., et al., N.D. Ill., #CA78-0227 |
| | | D-10 State of Rhode Island and Providence Plantations v. Leviton Mfg. Co., Inc., et al., D. R.I., C.A. No. CA78-0227 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified involved counsel and judges (cds) |
| 6/6/78 | | Commonwealth of Mass., ex rel. v. Leviton Manufacturing Co., Inc., et al., D. Mass., C. A. No. 78-1138-T |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 6/8/78 | | D-9 State of Illinois v. Leviton Mfg. Co., Inc., et al., N.D. Ill., #CA78-0227 |
| | | D-10 State of Rhode Island and Providence Plantations v. Leviton Mfg. Co., Inc., et al., D. R.I., C.A. No. CA78-0227 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- NOTIFIED INVOLVED JUDGES AND CLERKS. (cds) |
| 6/22/78 | | D-11 Commonwealth of Massachusetts, et rel. v. Leviton Manufacturing Co., Inc., et al., D. Mass., C.A. No. 78-1138-T |
| | | CTO FINAL TODAY. Notified involved Judges & Clerks. (emh) |
| 7/7/78 | | D-12 State of Louisiana, et al. v. Leviton Manufacturing Co., Inc., et al., E.D. LA, C.A. No. 78-1934 Sec. F(2) |
| | | CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 7/25/78 | | D-12 ST. OF LOUISIANA, ET AL. V. LEVITON MFG. CO., INC., E.D.LA. 78-1934-Sec. F(2) -- CTO FINAL TODAY. Notified Involved Clerks and involved judges                                  *(rew) |
| 8/25/78 | | D-13 State of Vermont v. Leviton Mfg. Co., Inc., et al., D. Vermont, C.A. No. 78-165 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified involved counsel and judges (cds) |

JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. 4

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/12/78 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified involved Clerks and Judges <br> D-13 State of Vermont v. Levition Mfg. Co., Inc., et al., D. Vermont, C.A. No. 78-165  (cds) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- In re Wiring Device Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/9/79 | | E-1 State of Minnesota v. Leviton Manufacturing Co., Inc., et al., D. Minnesota, C. A. No. 3-79-70 CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 2/27/79 | | NOTICE OF OPPOSITION -- E-1 State of Minnesota v. Leviton, filed by pltf. State of Minn., w/cert. of svc. (ea) |
| 3/9/79 | | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION TO VACATE IN E-1 Minnesota v. Leviton, et al., D. Minn., #3-79-70 -- Granted to and including April 2, 1979 (cds) |
| 3/15/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-2 The State of Connecticut v. Leviton Manufacturing Co. Inc., et al., D.Conn., C.A.No. H79-64 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 3/23/79 | 12 | REQUEST FOR CONTINUATION OF CTO -- E-1 State of Minnesota v. Leviton Manufacturing Co., Inc., et al.,D.Minn., C.A. No. 3-79-70 -- Deft. Bell Electric and Square D -- DENIED parties notified. (ea) |
| 3/27/79 | | REQUEST FOR EXTENTION OF TIME -- Plaintiff State of Minnesota -- Granted to & Including 4/16/79 (for filing Motion to Vacate CTO in E-1) (cds) |
| 4/2/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-2 Connecticut v. Leviton Mfg. Co., et al., D. Conn., #H79-64 -- Notified involved clerks & Judges (cds) |
| 6/6/79 | | ORDER VACATING CTO--(E-1) State of Minn. v. Leviton Manufacturing Co., et al.,D.Minn.,C.A.No. 3-79-70 -- Notified involved counsel and judges. (ea) |
| 6/6/79 | | Order to remand (E-1 captioned above) signed by Judge Miles W. Lord, D. Minn., dated May 31, 1979. (ea) |
| 6/18/79 | 13 | MOTION FOR TRANSFER OF TAG-ALONG ACTION -- (E-3) Stephens Sachs v. Leviton Manufacturing Co., et al., D. Maryland, C.A. No. M79-1028 -- Defts. Leviton Manufacturing Co., et al. -- w/cert. of svc. (emh) |
| 6/25/79 | 14 | REQUEST FOR EXTENSION OF TIME -- State of Maryland -- to file a response -- GRANTED to and incl. 7/31/79 (emh) |
| 8/2/79 | 15 | RESQUEST FOR EXTENSION OF TIME -- Plaintiff Sachs -- FOR REVIEW SEPTEMBER 18, 1979 (cds) |
| 9/24/79 | 16 | MOTION, BRIEF -- Defendants -- for transfer of E-4 Robinette Hardware Co. v. Square D. Co., et al., D.S.C., 79-1924 to the E.D. New York w/cert of service (rew) |

JPML FORM 1A - Continuation                         DOCKET ENTRIES -- p._____

DOCKET NO. __331__ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 9/28/79 | | HEARING ORDER -- setting E-3 and E-4 for hearing on 10/25/79 in New York, New York. (ea) |
| 10/2/79 | | AMENDED SERVICE LIST FOR PLEADING NO. 16 (rew) |
| 10/10/79 | 17 | LETTER WITHDRAWING MOTION (Pldg. 13) -- Signed by Howard Fogt w/Order of Remand signed by Judge Miller (cds) |
| 10/15/79 | 18 | BRIEF IN OPPOSITION TO MOTION TO TRANSFER E-4 W/CERT. OF SVC. -- Robinette Hardware Co. (ea) |
| 10/18/79 | | HEARING APPEARANCES -- Michael Fischer, Esq. for All Defts.; I. Walton Bader, Esq. for Robinette Hardware. (ea) |
| 10/19/79 | | WAIVER OF ORAL ARGUMENT -- George P. Byrne, Inc., George P. Byrne, Jr.; Stillman; Slater. (ea) |
| 79/11/19 | | TRANSFER ORDER -- E-4 Robinette Hardware Co. v. Square D Co et al., D.S.C., C.A.No. CG79-1924-O. Notified involved counsel, clerks, judges and recipients. (ea) |
| 79/12/03 | 19 | MOTION FOR TRANSFER (E-5) -- Lee Greenberg v. Leviton Manufacturing Co., et al., N.D. Calif., C.A. No. C79-3488-WHO, -- Defendants Leviton Manufacturing Co., et al. -- w/Exhibits and cert. of service (emh) |
| 79/12/27 | | HEARING ORDER -- Setting Motion for Transfer of E-5 (Greenberg) for hearing on January 31, 1980 in Houston Texas. (cds) |
| 80/01/08 | 20 | RESPONSE TO MOT. TO TRANSFER (E-5), MEMORANDUM, CERT. OF SVC. -- Pltf. Lee Greenberg. (ea) |
| 1/24/80 | | HEARING APPEARANCES -- Michael Fischer for All Defendants; Francis O. Scarpulla for Lee Greenberg (emh) |
| 1/31/80 | | WAIVER OF ORAL ARGUMENT -- Lee Greenberg (emh) |
| 80/01/31 | 20 | PETITION FOR WRIT OF MANDAMUS (E-5 - Greenberg action) -- Filed in Open Court -- Plaintiff Greenberg (cds) |
| 80/02/04 | | ORDER DEFERRING DECISION -- E-5 Greenberg v. Leviton Manuf., Co. Inc., et al., N.D.Cal., C.A.No. 79-3488. Notified involved parties. (ea) |
| 80/02/01 | 22 | LETTER -- Defendants in Greenberg Action (E-5) w/copy of their Memorandum filed in N.D. Calif. (cds) |
| 80/11/18 | | APPEARANCE -- I. Walton Bader for Hughes Construction Co. (emh) |
| 80/11/18 | 23 | MOTION/BRIEF to transfer E-6 Hughes Construction Co. v. Leviton Manuf. Co., et al., N.D.Miss., C.A.No. EC80-297-LS-P -- filed by Defts. in E-6 (signed by Laurence Greenwald) (emh) |
| 80/11/21 | 24 | RESPONSE (Re: E-6) -- Hughes Construction Co., Inc. -- w/cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- In re Wiring Device Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/12/01 | 25 | REPLY -- to pleading #24 -- E-6 defendants -- w/cert. of svc. (ds) |
| 81/04/29 | | ORDER DENYING TRANSFER AS MOOT -- E-6 Hughes Construction Co. v. Leviton Manuf. Co., N.D. Mississippi, C.A. No. EC80-297-LS-P (emh) |
| 81/05/05 | | **LETTER-- SLATER ELECTRIC -- behalf of Defendants -- withdrawing motion (No. 24).** (rew) |

JPML Form 1    O+O 2/17/78    444 F Supp 1348    Closed

DOCKET NO. **331** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WIRING DEVICE ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) **1/27/78**
Consolidation Ordered **2/17/78**    Consolidation Denied _____
Opinion and/or Order **2/17/78**
Citation **444 F Supp 1348**

Transferee District **Eastern District of New York**    Transferee Judge **Jack B. Weinstein**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Big D. Building Supply Corp. v. Leviton Manufacturing Co., Inc., et al. | E.D.N.Y. Weinstein | 77C2167 | 2/17/78 | | 10/23/80 | |
| A-2 | Dunhill Manufacturing & Distributing Corp. v. Bell Electric Co., Inc., et al. | S.D.N.Y. Owen | 77 Civ 5360 | 2/17/78 | 78 C 345 | 10/23/80 | |
| A-3 | John H. Dubin v. Leviton Manufacturing Co., Inc., et al. | S.D.N.Y. Knapp | 77 Civ 5359 | 2/17/78 | 78 C 346 | 10/23/80 | |
| A-4 | John H. Dubin v. Leviton Manufacturing Co., Inc., et al. | D. Conn. Blumenfeld | H-77-568 | 2/17/78 | 78 C 438 | 10/23/80 | |
| A-5 | Gold Seal Electric Supply Co. v. Leviton Manufacturing Co., Inc., et al. | E.D. Pa. Ditter | 77-3847 | to transfer | | | |
| A-6 | Comspace Corporation v. Leviton Manufacturing Co., Inc., et al. | D. Conn. Blumenfeld | H-77-578 | 2/17/78 | 78 C ___ | 10/23/80 | |
| A-7 | Vallese Electric Supply Co., Inc. etc. v. Leviton Manufacturing Co., Inc., et al. | D. Conn. Blumenfeld | H-77-606 | 2/17/78 | 78 C ___ | 10/23/80 | |
| A-8 | Gold Seal Electric Supply Co. v. Leviton Manufacturing Co., Inc., et al. | D. Conn. Blumenfeld | H-77-615 | 2/17/78 | 78 C ___ | 10/23/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Jamestown Electric Supply v. Leviton Manufacturing Co., Inc., et al | E.D.N.Y Weinstein | 77C 2440 | 2/17/78 | | 10/23/80 | |
| B-2 | Pitts Corp., d/b/a Clark Supply Co. v. Leviton Manufacturing Co., Inc., et al. | E.D.N.Y. Weinstein | 77C 2441 | 2/17/78 | | 10/23/80 | |
| B-3 | CBC Industries, Inc., etc. v. Leviton Manufacturing Co., Inc., et al. | E.D.Pa. Fullam | 77-4277 | 2/17/78 | 78C341 | 10/23/80 | |
| B-4 | Pyramid Electric Supply Co., Inc., etc. v. Leviton Manufacturing Co., Inc., et al. | D.Conn. Blumenfeld | H-77-613 | 2/17/78 | 78C342 | 10/23/80 | |
| B-5 | Rose Electric Supply Co. v. Leviton Manufaturing Co., Inc., et al. | E.D.Pa Fullam | 77-4324 | 2/17/78 | 78C348 | 10/23/80 | |
| C-1 | Mayers Electric Co. v. Leviton Mfg. Co., et al. | D.Conn. Blumenfeld | H77-645 | 2/17/78 | 78C343 | 10/23/80 | |
| C-2 | Efengee Electrical Supply Co., et al. v. Eagle Electric Mfg. Co., Inc., et al. | N.D.Ill Decker | 77C-4800 | 2/17/78 | 78C344 | 10/23/80 | |
| C-3 | General Supplies, Inc. v. Leviton Manufacturing Co., Inc., et al. | D.S.C. Simons | 78-0026 | 2/17/78 | 78C349 | 10/23/80 | |
| D-1 | Savitzky Supply Corp., et al. v. Leviton Manufacturing Co., Inc., et al. 2/24/78 | D.Conn. Blumenfeld | H78-39 | 3/14/78 | 78-C-556 | 10/23/80 | |
| XYZ-1 | Paramount Electrical Supply Co, Inc. v. Leviton Manufacturing Co., Inc., et al. | E.D.N.Y. Weinstein | 78C117 | | | 10/23/80 | |
| XYZ-2 | Upco, Inc. v. Leviton Mfg. Co., et al. | E.D.N.Y. | 78C375 | | | 10/23/80 | |
| XYZ-3 | Florence Art Co., Inc., v. Leviton Mfg. Co., et al. | E.D.N.Y. | 78C376 | | | 10/23/80 | |
| XYZ-4 | Creators, Inc. v. Leviton Mfg. Co., et al. | E.D.N.Y. | 78C377 | | | 10/23/80 | |

13

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-2 | Snyder Manufacturing Co., Inc. v. Leviton Manufacturing Co., et al. 3/13/78 | N.D.ILL. Decker | 78C684 | MAR 30 1978 | 78-C-689 | 10/23/80 | |
| D-3 | Scranton Electric Supply Co. v. Leviton Manufacturing Co., et al. 3/13/78 | E.D.PA. Huyett | 78-452 | MAR 30 1978 | 78-C-686 | 10/23/80 | |
| D-4 | E.J. Electric Installation Co. v. Leviton Manufacturing Co., et al. 3/13/78 | D.CONN. Blumenfeld | H-78-42 | MAR 30 1978 | 78-C-687 | 10/23/80 | |
| D-5 | Emeco, Inc. v. Leviton Manufacturing Co., Inc. et al. 3/13/78 | N.D.IND Sharp | S78-0046 | MAR 30 1978 | 78-C-688 | 10/23/80 ~~4/1/78~~ | reopened |
| ~~XYZ-2~~ | ~~Kaye Electric Fixtures, Inc., et al. v. Slater Electric Inc., et al.~~ | | ~~78C284~~ | | | | |
| D-6 | Indecor, Inc. v. Leviton Mfg. Co., Inc., et al. 3/4/78 | D.Conn Blumenfeld | H-78-95 | 4/12/78 | 78-C-789 | 10/23/80 | |
| D-7 | TFI Building Materials, Inc., et al. v. Leviton Manufacturing Co., Inc., et al. | C.D.Cal. Lydick | 78-0949 LTL | 4/12/78 | 78-C-788 | 10/23/80 | |
| D-8 | Emeco, Inc. v. Leviton Manufacturing Co., et al. 3/24/78 | N.D.IND Sharp | S78-0059 | 4/14/78 | 78-C-790 | | |
| D-9 | The State of Illinois v. Leviton Manufacturing Co., Inc., et al. 5/23/78 | N.D. Ill Decker | 78C-1797 | 6/8/78 | 78-C-1234 | 4/10/80 | |
| D-10 | The State of Rhode Island and Providence Plantations v. Leviton Manufacturing Co., Inc., et al. 5/23/78 | D. R.I. Pettine | CA78-0227 | 6/8/78 | 78-C-1235 | 4/10/80 | |
| D-11 | Commonwealth of Massachusetts, ex rel. v. Leviton Manufacturing Co., Inc., et al. 6/6/78 | D. Mass. Tauro | 78-1138-T | 6/22/78 | 78C1357 | 4/10/80 | |

July 1978 - TR-23; XYZ-7; Pg. 30

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-12 | State of Louisiana, et al. v. Leviton Manufacturing Co., Inc., et al. 7/7/78 | E.D.LA. Mitchell | 78-1934 Sec. F(2) | 7/25/78 | 78C 1751 | 4/3/80 | |
| D-13 | State of Vermont v. Leviton Manufacturing Co., Inc., et al. | D.Ver. Coffrin | 78-165 | 9/12/78 | 78C2036 | 4/3/80 | |
| XYZ-5 | Kay Electric Fixtures, Inc., et al. v. Slater Electric Inc., et al. | E.D.N.Y. Weinstein | 78C284 | | | 10/23/80 | |
| E-1 | State of Minnesota v. Leviton Manufacturing Co., Inc., et al. Opposed FEB 09 1979 | D. Minn. Lord | 3-79-70 | | | | 6/6/79 order vacating |
| XYZ-6 | L. J. Segil Co., Inc. v. Leviton Mfg., Co., etal. | E.D.N.Y. | 78C0910 | | | 10/23/80 | |
| XYZ-7 | Sarama Industries, Inc. v. Leviton Manufacturing Co., Inc., et al. | E.D.N.Y. | 79C218 | | | 10/23/80 | |
| E-2 | State of Connecticut v. Leviton Manufacturing Co., et al. 3/15/79 | D. Conn. Blumenfeld | H79-64 | 4/2/79 | 79-C0983 | 10/23/80 | |
| XYX-8 | Minnesota v. Leviton Mfg. Co., Inc., et al. | E.D.N.Y. | 78C2817 | | | 10/23/80 | |

July 1979 — 26 TR; 11- XYZ; F D/SY = 36 pg.

DOCKET NO. 331 -- In re Wiring Device Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-3 | Stephen H. Sachs v. Leviton Manufac. Co., et al. | D.MD. Miller | M79-1028 | *do not count* Motion withdrawn 10/10/79 | | | Pleading No. 13 |
| E-4 | Robinette Hardware Co. v. Square D Company, et al. | D.S.C. Perry | CG79-1924-O | 11/19/79 | 79C3007 | | TO 11/19/79 |
| E-5 | Lee Greenberg v. Leviton Manufacturing Co., Inc., et al. | N.D.Cal. Orrick | C79-3488-WHO | *do not count* | | | decision on tran deferred |
| E-6 | *July 1980 - 27 TR; 11 X+2; 5 Dis; 33 Pdg.*<br>Hughes Construction Co., Inc., etc. v. Leviton Manufacturing Co., Inc., et al.<br>*July 1981 - Docket Closed* | N.D.Miss. Senter | EC80-297-LS-P | | | 9/30/80 | *notice denied 4/29/81* |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

---

JACK AMSTERDAM
THOMAS A. BLUMBERG
LEVITON MANUFACTURING CO., INC.
Malcolm Hoffman, Esq.
Weil, Gotshal & Manges
12 East 41st Street
New York, New York

BELL ELECTRIC COMPANY
SQUARE D COMPANY
Howard W. Fogt, Jr., Esquire
Foley, Lardner, Hollabaugh
  & Jacobs
1775 Pennsylvania Avenue, N.W.
Washington, D.C.  20006

JAMES P. BUCKLEY
Gordon B. Spivak, Esquire
118 Townsend Terrace
New Haven, Conn.  06512

GEORGE P. BYRNE
GEORGE P. BYRNE, INC.
John Hoffman, Esq.
Cadwalader, Wickersham & Taft
One Wall Street
New York, New York  10005

CIRCLE F INDUSTRIES, INC.
MICHAEL ST. JOHN
Sidney S. Rosdeitcher, Esquire
345 Park Avenue
New York, New York  10022

EAGLE ELECTRIC MANUFACTURING CO.,
   INC.
Gilbert S. Edelson, Esquire
Rosenman, Colin, Freund, Lewis
  & Cohen
575 Madison Avenue
New York, New York  10022
212-644-6966

ROBERT L. HORSTMAN
Edwin P. Rome, Esquire
Blank, Rome, Klaus & Comisky
4 Penn Center Plaza
Philadelphia, Pennsylvania  19103

JIRANN, INC. (Formerly Rodale
   Mfg. Co., Inc)
Josef Jaffe, Esquire
Mesirov, Gelman, Jaffe, Cramer
  & Jamieson
15th Floor, The Fidelity Bldg.
Philadelphia, Pennsylvania  19109

JOHN I. PAULDING, INC.
Laurence T. Sorkin, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York  10005

SAMUEL B. KLUGER
Paul J. Curran, Esquire
Kaye, Scholer, Fierman, Hays
  & Handler
425 Park Avenue
New York, New York  10022

JERROLD LUDWIG
Michael B. Mukasey, Esquire
Patterson, Belknap, Webb
  & Tyler
30 Rockefeller Plaza
New York, New York  10020

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| | |
|---|---|
| EDWARD A. RING<br>Leon Silverman, Esquire<br>Fried, Frank, Harris<br>  Shriver & Jacobson<br>120 Broadway<br>New York, New York  10005 | BIG D BUILDING SUPPLY CORP. (A-1)<br>Stanley M. Grossman, Esquire<br>Pomerantz, Levy, Haudek &<br>  Block<br>295 Madison Avenue<br>New York, New York  10017 |
| SLATER ELECTRIC, INC.<br>Laurence Greenwald, Esquire<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York  10006 | DUNHILL MANUFACTURING AND<br>  DISTRIBUTING CORP. (A-2)<br>Robert N. Kaplan, Esquire<br>Kaplan, Kilsheimer & Foley<br>122 E. 42nd Street<br>New York, New York  10017 |
| HERBERT SLATER<br>Franklin B. Velie, Esquire<br>Gordon, Hurwitz, Butowsky, Baker<br>  Weitzen & Shalov<br>299 Park Avenue<br>New York, New York  10017 | JOHN H. DUBIN (A-3) (A-4)<br>COMSPACE CORPORATION (A-6)<br>Benedict Wolf, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York  10022 |
| TRIBORO ELECTRIC CORP.<br>Bernard M. Eiber, Esquire<br>123-60 83rd Avenue<br>Kew Gardens, New York  11415 | GOLD SEAL ELECTRIC SUPPLY CO. (A-8)<br>Mitchell A. Kramer, Esquire<br>Kramer and Salus<br>1520 Locust Street<br>7th Floor<br>Philadelphia, Pennsylvania  19102 |
| HARRY L. STILLMAN<br>Anton R. Valukas, Esquire<br>Jenner & Block<br>One IBM Plaza<br>Chicago, Illinois  60611 | VALLESE ELECTRIC SUPPLY CO. INC. (A-7)<br>Seymour Kurland, Esquire<br>Wolf, Block, Schorr and<br>  Solis-Cohen<br>12th Floor Packard Bldg.<br>Philadelphia, Pennsylvania  19102 |
| MOHAWK DEVICES, INC.<br>WATERBURY PRODUCTS, INC.<br>Bernard M. Eiber, Esquire<br>(Same as counsel for Triboro) | STATE OF MINNESOTA (E-1)<br>Stephen P. Kilgriff<br>Special Assistant<br>Attorney General, Antitrust Div.<br>720 American Center Bldg.<br>150 East Kellogg Blvd.<br>St. Paul, MN.  55101 |
| HAROLD YARMARK<br>Herbert Rubin, Esquire<br>Heinzfeld & Rubin P.C.<br>40 Wall Street<br>New York, New York | |

| | |
|---|---|
| JAMESTOWN ELECTRIC SUPPLY (B-1) <br> PITTS CORPORATION (B-2) <br> Stanley M. Grossman, Esquire <br> Pomerantz, Levy, Haudek & Block <br> (Same as A-1) | SAVITZKY SUPPLY CORP. (D-1) <br> S. Michael Schatz, Esquire <br> Schatz & Schatz <br> One Financial Plaza <br> Hartford, Connecticut 06103 |
| CBC INDUSTRIES, INC. (B-2) <br> Bruce K. Cohen, Esquire <br> Meredith, Cohen & Kepler <br> 22nd Floor - Architects Bldg. <br> 117 S. 17th Street <br> Philadelphia, Pa. 19103 | SNYDER MANUFACTURING CO. INC. (D-2) <br> Michael J. Freed, Esq. <br> Much, Shelist, Freed, Denenberg, <br> Ament & Eiger P.C. <br> 105 W. Madison Street - Suite 1906 <br> Chicago, Illinois 60602 |
| PYRAMID ELECTRIC SUPPLY CO., INC. (B-4) <br> Arnold Levin, Esquire <br> Adler, Barish, Daniels, Levin, and Creskoff <br> 2nd Floor, Rohm & Haas Bldg. <br> Philadelphia, Pennsylvania 19106 | SCRANTON ELECTRIC SUPPLY CO. (D-3) <br> Howard Langer, Esq. <br> Berger and Montague, P.C. <br> 1622 Locust Street <br> Philadelphia, Pennsylvania 19103 |
| ROSE ELECTRIC SUPPLY CO. (B-5) <br> Bernard M. Gross, Esquire <br> Gross & Sklar, P.C. <br> 1630 Locust Street <br> Philadelphia, Pa. 19103 | E-J ELECTRIC INSTALLATION CO. (D-4) <br> James O'Connor Shea, Esq. <br> 900 Chapel Street <br> New Haven, Connecticut 06510 |
| MAYERS ELECTRIC CO. (C-1) <br> Granvil I. Specks, Esquire <br> Specks & Goldberg <br> 180 N. LaSalle Street <br> Suite 2316 <br> Chicago, Illinois 60601 | EMECO, INC. (D-5) <br> Donald E. Wertheimer, Esq. <br> Harry Heppenheimer and Associates <br> 404 Tower Building <br> South Bend, Indiana 46601 <br><br> AMERICAN INSULATED WIRE CORP. <br> 36 Freeman Street <br> Pawtucket, R.I. 02682 |
| EFENGEE ELECTRICAL SUPPLY CO. (C-2) <br> John E. Burke, Esquire <br> Ross, Hardies, O'Keefe, Babcock & Parsons <br> One IBM Plaza, Suite 3100 <br> Chicago, Illinois 60611 | INDECOR, INC. (D-6) <br> Jonathan J. Einhorn, Esquire <br> Berdon, Young & Einhorn <br> 132 Temple Street <br> New Haven, Conn. 06510 |
| GENERAL SUPPLIES, INC. (C-3) <br> I. Walton Bader, Esquire <br> Bader and Bader <br> 65 Court Street <br> White Plains, New York 10601 | TFI BUILDING MATERIALS, INC., ET AL. (D-7) <br> Harold R. Collins, Esq. <br> Blecher, Collins & Hoecker <br> 612 South Flower Street <br> Suite 800 <br> Los Angeles, CA. 90017 |

EMECO, INC. (D-8)

(Same as D-5)

THE STATE OF ILLINOIS (D-9)
John E. Noel
Lee H. Weiner
Assistant Attorneys General
Antitrust Division
~~188 W. Randolph Street, Suite 2118~~
Chicago, Illinois  60601

THE STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS (D-10)
Julius C. Michaelson
Attorney General
56 Pine Street
Providence, Rhode Island  02903

COMMONWEALTH OF MASSACHUSETTS (D-11)
Francis X. Belloti, Esquire
Attorney General
Commonwealth of Massachusetts
McCormack Office Building
One Ashburton Place
Boston, Mass.  02108

STATE OF LOUISIANA (D-12)
John R. Flowers, Jr., T.A.
Assistant Attorney General
Chief, Antitrust Section
2-3-4 Loyola Building, Suite 717
New Orleans, Louisiana  70112

STATE OF VERMONT (D-13)
Jay I. Ashman, Esq.
Assistant Attorney General
Office of Attorney General
109 State Street
Montpelier, Vermont  05602

STATE OF MINNESOTA (E-1)
Warren Spannaus, Esquire
Attorney General
740 American Center Building
150 East Kellogg Boulevard
St. Paul, Minn.  55101

STATE OF CONNECTICUT (E-2)
Gerard J. Dowling, Esquire
John M. Looney Jr., Esquire
Assistant Attys. General
60 Washington St. Suite 702
Hartford, Connecticut  06106

STEPHEN H. SACHS (E-3)
Henry Abrams
Assistant Attorney General
One South Calvert Street
11th Floor
Baltimore, Maryland  21202

ROBINETTE HARDWARE CO. (E-4)
I. Walton Bader, Esq.
(Same as C-3)

Robert L. Stoddard, Esq.
Moore, Stoddard & Stoddard
207 Magnolin Street
Spartanburg, South Carolina  29301

(Motion for Transfer)
LEE GREENBERG, ETC. (E-5)
Francis O. Scarpulla, Esq.
James M. Garlock, Esq.
David A. Sherman, Esq.
Scarpulla & Garlock
601 Montgomery Street
19th Floor
San Francisco, California  94111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 331 -- In re Wiring Device Antitrust Litigation

---

MOTION TO TRANSFER

HUGHES CONSTRUCTION CO., INC. (E-6)
I. Walton Bader, Esquire
Bader and Bader
65 Court Street
White Plains, New York  10601

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- IN RE WIRNG DEVICE ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Amsterdam, Jack | A-1, A-3, A-4, A-6, B-1, B-2, C-3, D-4, D-6, E4 |
| Bell Electric Co., Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-1, B-2, B-3, B-4, C-1, C-3, D-1, D-3, D-4, D-5, D-6, D-7, D-8, D-9, D-10, D-11, D-12, D-13, E-1, E2, E-3, E4 |
| Blumberg, Thomas A. | A-1, A-3, A-4, A-6, B-1, B-2, C-3, D-4, E4 |
| Buckley, James B. | A-1, A-3, A-4, A-6, B-1, B-2, C-3, D-4, D-6, E4 |
| Byrne, George P. Jr., | A-1, A-2, A-3, A-4, A-6, B-1, B-2, C-3, D-1, D-4, D-6, D-8, D-9, D-12, E-1, E-5 |
| Circle F Industries, Inc. | A-1, A-2, A-3, A-4, A-6, A-7, A-8, B-1, B-2, B-3, B-4, C-1, C-2, C-3, D-1, D-3, D-4, D-6, D-7, D-9, D-10, D-11, D-12, D-13, E-1, E2, E-3, E4, E-5 |
| Eagle Electric Mfg. Co., Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-1, B-2, B-3, B-4, C-1, C-2, C-3, D-1, D-3, D-4, D-5, D-6, D-7, D-8, D-9, D-10, D-11, D-12, D-13, E-1, E2, E-3, E4, E-5, E-6 |
| George P. Byrne, Inc. | A-1, A-3, B-1, B-2, B-4, C-1, C-2, D-1, D-4, D-5, D-6, E4 |
| Horstman, Robert L. | A-1, A-6, B-1, B-2 |
| Jirann, Inc. (formerly Lonsdale) | A-1, A-2, A-6, A-7, A-8, B-1, B-2, D-3, D-4, D-9, D-12, E-1 |
| John I. Paulding, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-1, B-2, B-3, B-4, C-1, C-2, C-3, D-1, D-3, D-4, D-6, D-7, D-9, D-10, D-11, D-12, D-13, E-3, E4, E-5 |

p. 2

| | |
|---|---|
| Kluger, Samuel B. | A-1 A-3 A-4 A-6 B-1 B-2 C-3 D-6 E4 |
| Leviton Mfg. Co., Inc. | A-1 A-3 A-4 A-5 A-6 A-7 B-1 B-2 B-3 B-4 C-1 C-3 D-1 D-2 D-3 D-4 D-5 D-6 D-7 D-8 D-9 D-10 D-11 D-12 D-13, E-1 E2, E-3 E4 E-5, E-6 |
| Ludwig, Jerrold | A-1 A-3 A-4 A-6 B-1 B-2 C-3 D-6 E4 |
| Mohawk Devices, Inc. | A-7, D-3 E-5 |
| Ring, Edward A. | A-1 A-3 A-4 A-6 B-1 B-2 C-3 D-6 E4 |
| Rodale Manufacturing Co. | A-5 A-7, D-3 |
| Slater Electric, Inc. | A-1 A-2 A-3 A-4 A-5 A-7 A-8 B-1 B-2 B-3 B-4 C-1 C-2 C-3 D-1 D-3 D-4 D-5 D-6 D-7 D-8 D-9 D-10 D-11 D-12 D-13, E-1 E2, E-3 E-5, E-6 |
| Slater, Herbert A. | A-1 A-3 A-4 A-6 B-1 B-2 C-3, D-6 E4 |
| Square D. Company | A-2 A-7 C-3, D-3, D-5, D-8 E4 E-5, E-6 |
| St. John, Michael J. | A-1 A-3 A-4 A-6 B-1 B-2 C-3 D-6 E4 |
| Stillman, Harry L. | A-1 A-3 A-4 A-6 B-1 B-2 C-3 D-6 E4 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 331 -- IN RE WIRING DEVICE ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Triboro Electric Corp. | A-1 A-2 A-3 A-4 A-5 A-7 A-8 B-1 B-2 B-3 B-4 C-1 C-2 C-3 D-1 D-3 D-4 D-6 D-7 D-9 D-10 D-11, D-12 E-1 E-2 E-3 E-5 |
| Waterbury Products Corp. | A-7, D-3 E-5 |
| Wiring Devices Association *Non present* | A-1 A-2 B-1 B-2, D-3 |
| Yarmark, Harold | A-1 A-3 A-4 A-6 B-1 B-2 C-3, D-4 D-6 |
| American Insulated Wire Corp. | D-5, D-8 |